**Order entered January 9, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01345-CV

### NEXBANK, SSB, Appellant

### V.

### WINSTEAD PC, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-01816**

## ORDER

Before the Court is appellant's January 7, 2019 unopposed motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **February 19, 2019**.

/s/      KEN MOLBERG
           JUSTICE